# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00460-CV

**John Rady, Appellant**

**v.**

**GMAC Mortgage, LLC f/k/a GMAC Mortgage Corporation, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GN-11-001431, HONORABLE LORA LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant John Rady filed a notice of appeal on July 10, 2012. On August 23, 2012, the Clerk of this Court sent notice to Rady that his notice appeared untimely. The Clerk requested an explanation in writing of why his appeal should not be dismissed for want of jurisdiction and notified him that his appeal would be dismissed for want of jurisdiction if he did not respond to this Court by September 5, 2012. To date, Rady has not responded to this Court's notice. We dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed: October 10, 2012